UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CHAIDEZ,<br><br>     Plaintiff,<br><br>   vs.<br><br>THE STATE OF CALIFORNIA<br>DEPARTMENT OF CORRECTIONS<br>AND REHABILITATIONS, et al.,<br><br>     Defendants.<br>_____ | 1:08-cv-00185-LJO-GSA-PC<br>1:08-cv-00212-AWI-DLB-PC<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTIONS TO CORRECT MIS-FILING<br>(Docs. 10, 11, 12, in case 1:08-cv-00185)<br><br>ORDER DIRECTING CLERK TO<br>MOVE COMPLAINT FROM CASE<br>1:08-cv-00212-AWI-DLB-PC INTO<br>CASE 1:08-cv-00185-LJO-GSA-PC<br><br>ORDER DIRECTING CLERK TO<br>ADMINISTRATIVELY CLOSE CASE<br>1:08-cv-00212-AWI-DLB-PC<br><br>ORDER FOR CLERK TO DOCKET<br>THIS ORDER IN BOTH CASES<br><br>ORDER FOR PLAINTIFF TO FILE<br>ALL FURTHER DOCUMENTS IN<br>CASE 1:08-cv-00185-LJO-GSA-PC |

**I.    BACKGROUND**

Roberto Chaidez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

On February 4, 2008, plaintiff submitted a document entitled "Judicial Notice-Government Records in Support of Complaint," along with an application to proceed in forma pauperis, and the Clerk

opened a new civil rights action pursuant to 42 U.S.C. § 1983, assigning case number 1:08-cv-00185-LJO-GSA-PC (Chaidez v. CDCR).  (See Court Docket.)

On February 11, 2008, plaintiff submitted a Complaint, with no indication to the court that it was related to plaintiff's prior action.  The Clerk opened another new civil rights action pursuant to 42 U.S.C. § 1983, assigning case number 1:08-cv-00212-AWI-DLB-PC (Chaidez v. CDCR).  (See Court Docket.)

On  February 29, 2008, plaintiff sent a letter to the court explaining that he intended to file the Complaint in his prior action.  Plaintiff also filed requests on March 31, 2008, May 12, 2008, and June 6, 2008, for the court to correct the misfiling and combine his two open cases.

Good cause appearing, the Clerk shall be directed to move the Complaint from case 1:08-cv-00212-AWI-DLB-PC  into case 1:08-cv-00185-LJO-GSA-PC  and to administratively close case 1:08-cv-00212-AWI-DLB-PC .

**II.     ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for the court to correct his mis-filing are GRANTED;
2. The Clerk of Court is DIRECTED to:
    (1) Move the Complaint from case 1:08-cv-00212-AWI-DLB-PC into case 1:08-cv-00185-LJO-GSA-PC;
    (2) Administratively close case 1:08-cv-00212-AWI-DLB-PC, resolving all pending motions in that action;
    (3) Docket this order in both cases; and
    (4) Clarify the docket as needed;
3. Plaintiff is DIRECTED to use case number 1:08-cv-00185-LJO-GSA-PC  when filing any further documents in this action.

IT IS SO ORDERED.

Dated:   **August 7, 2008**            **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

2